

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2022

No. 04-22-00583-CV

**IN RE** Sondra **GROHMAN**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15705
Honorable Albert D. Pattillo, III, Judge Presiding

Original Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

On September 9, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is **DENIED** as moot.[2]

It is so **ORDERED** on September 9, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1]This proceeding arises out of Cause No. 15705, styled *In the Matter of The Marriage of Sondra Grohman and Larry Wegner*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.
[2] Opinion to follow.